**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7044**

_____

JEROME CURRY, a/k/a Flesh And Blood Man,

              Petitioner - Appellant,

        v.

WARDEN, MCCORMICK CORRECTIONAL INSTITUTION,

              Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Paige Jones Gossett, Magistrate Judge.  (0:24-cv-01674-JDA)

_____

Submitted:  January 23, 2025                          Decided:  January 29, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerome Curry, Appellant Pro Se.  Melody Jane Brown, Senior Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Curry seeks to appeal the report and recommendation filed by the magistrate judge in his 28 U.S.C. § 2254 proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Curry seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny all of Curry's pending motions and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*